

**Keith J. Gutstein, Esq.**
Email: KGutstein@kdvlaw.com

**Erika H. Rosenblum, Esq.**
Email: ERosenblum@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

January 22, 2021

<u>**VIA ECF**</u>
Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Morris Maya v. Leader Auto Group LLC and Jordan Daiagi
Index No.: 19-cv-05801 (KAM)(JO)</u>

Dear Judge Matsumoto:

      This office represents Defendants, Leader Auto Group LLC and Jordan Daiagi (collectively, "Defendants") in the above-referenced matter.

      Ms. Elizabeth Foster, Esq., who has advised us that she will be representing Plaintiff in this matter, asked us to file the correspondence attached hereto as **Exhibit A** for her because she is unable to do so. According to Ms. Foster, the Court directed her to ask us to file this letter on her behalf.

      We thank the Court for its attention to this matter.

                                                        Respectfully yours,
                                                       Kaufman Dolowich & Voluck, LLP

                                                       Keith Gutstein
                                                       Erika Rosenblum

cc: All Counsel, by ECF

Encl.

4816-8540-3608, v. 1