# EXHIBIT A

# ELIZABETH T. FOSTER, ATTORNEY AT LAW, LLC
22 E. Quackenbush Ave., Dumont, NJ 07628
201 290 5761 201 215 9574 fax
liztlaw@gmail.com

Jan. 22, 2021

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
<u>Via fax</u> (718) 613-2185


Dear Judge Matsumoto:

<u>Re: Maya v. Leaders in Cars, 1:19-cv-05801-KAM-SJB</u>

This court has scheduled a telephone conference in this matter for Jan. 26.  I am applying to the court for pro hac vice representation of the plaintiff.   I have a sponsor, Brian Ku, Esq., who is admitted to practice in New York and EDNY.  However, my application hit a snag because I am unable to obtain a certificate of good standing from the state of New Jersey in time to make the motion prior to your Honor's next scheduled conference.  Due to the coronavirus, it has not been possible to speak with anyone at the office that handles these items.  Therefore, I am requesting that the court adjourn the motion for thirty days.  Erika Rosenblum, Esq., counsel for defendants, has consented to the adjournment.  Since the plaintiff began to appear pro se, this is the first request for an adjournment.  I am available anytime during the two week window beginning Feb. 23, 2021, but I have not discussed the defendant's counsel's availability with her.

Thank you for your kind attention to this matter.

                                          Very truly yours,

                                          *s/Elizabeth T. Foster*

                                          Elizabeth T. Foster NJ Bar 009152006

cc All counsel of record (via email)