

**Kaufman Dolowich & Voluck, LLP**

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

**Erika H. Rosenblum, Esq.**
Email: ERosenblum@kdvlaw.com

February 5, 2021

**VIA ECF**
Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Morris Maya v. Leader Auto Group LLC and Jordan Daiagi**
       **Index No.: 19-cv-05801 (KAM)(JO)**

Dear Judge Matsumoto:

  This office represents Defendants, Leader Auto Group LLC and Jordan Daiagi (collectively, "Defendants") in the above-referenced matter.

  We write, with Ms. Elizabeth Foster, Esq, to respectfully request an adjournment of the status conference that is currently scheduled for March 1, 2021. The undersigned is participating in a mediation in an unrelated matter on that day and will not be able to attend the conference. We have spoken with Ms. Foster and determined that we are mutually available on March 9, 2021 for the conference. If the Court is unavailable on March 9, 2021, we respectfully request that the conference be adjourned to a date thereafter.

  We apologize for any inconvenience and thank the Court for its attention to this matter.

           Respectfully yours,
           Kaufman Dolowich & Voluck, LLP

           Erika Rosenblum

cc: Ms. Elizabeth Foster, Esq. (*via* email)
   22 East Quackenbush Avenue
   Dumont, New Jersey 07628
   liztlaw@gmail.com

4826-4020-8859, v. 1