UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MORRIS MAYA,

                          Plaintiff,

-against-

LEADER AUTO GROUP LLC and JORDAN DAIAGI,

                          Defendants.

-----------------------------------------------------------------X

Case No.: 1:19-cv-05801

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   }
                                 } ss:
COUNTY OF NASSAU    }

DANIELLE BERK, being duly sworn, deposes and says.

That Deponent is not a party to this action, is over 18 years of age and resides in Nassau, New York.

That on the 8th Day of February, 2021, Deponent served the Court Order dated February 5, 2021 upon:

Ms. Elizabeth Foster, Esq.
22 East Quackenbush Avenue
Dumont, New Jersey 07628
liztlaw@gmail.com

Via electronic mail.

_____
DANIELLE BERK

Sworn to before me this
8th Day of February, 2021

_____
Notary Public

DIANE WIERZBOWSKI
Notary Public, State of New York
No. 01WI4776977
Qualified in Suffolk County
Certified in Nassau County
Commission Expires October 31, 20 22

4843-5598-4859, v. 1